425 A.2d 24

Commonwealth v. Rohland, Appellant.

Submitted June 29, 1979.

Joseph F. Sklarosky, Assistant Public Defender, for appellant; Chester B. Muroski, District Attorney, for Commonwealth, appellee.

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.

425 A.2d 24

Commonwealth v. Serkosky, Appellant.

Argued December 4, 1978. Linda Wallach Miller, for appellant; James F. Marsh, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.

* President Judge Francis J. Catania of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.